No. 02–10688. FLORES-FLORES *v.* UNITED STATES; HERNAN-DEZ PRADO *v.* UNITED STATES; LARA-QUINTANILLA *v.* UNITED STATES; SOLARES-CUBA *v.* UNITED STATES; GARCIA-SANCHEZ *v.* UNITED STATES; ROSALES *v.* UNITED STATES; RODRIGUEZ-PEREZ *v.* UNITED STATES; and MONDRAGON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10698. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10699. MILLS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10706. DAVIS, AKA SWANSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–712. PATTEN *v.* WAL-MART STORES EAST, INC. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1485. TOWN OF MIDDLEBURY, CONNECTICUT, ET AL. *v.* GOODRICH CORP., FKA B. F. GOODRICH CO., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1339. ILLINOIS *v.* COX. App. Ct. Ill., 5th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–1425. BELL, WARDEN *v.* HOUSE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–10105 (02A949). HILL *v.* HILL ET AL. Sup. Ct. N. C. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied. Certiorari denied.